DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID LAMBERSON,**
Appellant,

v.

**MORGAN HERBST,**
Appellee.

No. 4D19-3507

[February 27, 2020]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 50-2019-DR-007628-XXXX-NB.

Suzanne Schachter of Law Offices of Suzanne Schachter P.A., West Palm Beach, for appellant.

Mark A. Fromang of The Fromang Law Firm, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CONNER, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***